**Order entered January 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01010-CV

**GIA THORNTON, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF MCQUESTER J. SOLOMON, DECEASED, Appellant**

**V.**

**COLUMBIA MEDICAL CENTER OF PLANO SUBSIDIARY, L.P., D/B/A MEDICAL CITY OF PLANO, FORMALLY KNOWN AS  MEDICAL CENTER OF PLANO, AND JANE LEE, R.N., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00366-2018**

## ORDER

Before the Court is appellees' January 25, 2019 unopposed second motion for an extension of time to file a brief.  We **GRANT** the motion and extend the time to **February 15, 2019**.  We caution appellees that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
JUSTICE